KRISTIN KAHKONEN DUPREE, Respondent-Appellant, v JAMES E. GIUGLIANO, Appellant-Respondent.

Submitted January 7, 2013; decided February 14, 2013

Motion for reargument denied [*see* 20 NY3d 921 (2012)].

Judge RIVERA taking no part.

In the Matter of TYRONE L. JACKSON, Appellant, v APPELLATE DIVISION, FIRST DEPARTMENT, et al., Respondents.

Submitted November 13, 2012; decided February 14, 2013

Motion for reargument of motion for leave to appeal denied [*see* 9 NY3d 810 (2007)].

Judge RIVERA taking no part.

In the Matter of ERIC J. KOCH, D.O., Respondent, v JAMES G. SHEEHAN, New York State Medicaid Inspector General, Appellant.

Submitted February 11, 2013; decided February 14, 2013

Motion by Medical Society of the State of New York for leave to appear amicus curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed. Two copies of the brief must be served and nine copies filed within seven days.